IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

SUZANNE H. HOO,

    Debtor

                           /

No. 05-3528 MMC

Bankruptcy No. 04-32341 DM13

**ORDER DIRECTING PARTIES TO PROVIDE CHAMBERS COPY OF DOCUMENTS FILED WITH RESPECT TO CLAIM AND OBJECTION THERETO**

       The Clerk of the Bankruptcy Court has forwarded to the District Court a copy of a stipulation, filed August 22, 2005 with the Clerk of the Bankruptcy Court by claimant Internal Revenue Service ("IRS"), and signed by both the IRS and debtor Suzanne H. Hoo ("Hoo").  In their stipulation, the parties jointly request that the District Court withdraw the reference to the Bankruptcy Court of jurisdiction over an objection Hoo has filed to a proof of claim filed by the IRS.

       In order to facilitate the Court's review of this matter, the parties are hereby ORDERED to electronically file with the Clerk of the District Court, no later than September 23, 2005, certain documents as follows:

       1.  Claimant IRS shall file the above-referenced stipulation and its proof of claim;

       2.  Woo shall file her objection to the claim; and

       3.  Either party may file any other document previously filed in the Bankruptcy Court that bears on the issue presented in the parties' stipulation.

       **IT IS SO ORDERED.**

Dated: September 16, 2005

                                      MAXINE M. CHESNEY
                                      United States District Judge