IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SUZANNE H. HOO,<br><br>        Debtor<br>_____ / | No. 05-3528 MMC<br><br>Bankruptcy No. 04-32341 DM13<br><br>**ORDER DIRECTING DEBTOR TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER** |

      By order filed September 16, 2005, the Court directed the parties to file, in the district court and no later than September 23, 2005, certain documents originally filed in the bankruptcy court. Claimant Internal Revenue Service ("IRS") timely complied by filing the documents identified in the Court's order. To date, however, debtor Suzanne H. Hoo ("Hoo") has failed to comply, specifically, by not filing her objection to the IRS's claim.

      Accordingly, Hoo is hereby ORDERED TO SHOW CAUSE, in writing, why she and her counsel of record should not be sanctioned for failure to comply with the Court's order of September 16, 2005. To show good cause, Hoo, no later than October 28, 2005, must file in the district court her objection to the IRS's claim,[1] along with a declaration explaining why she did not file her objection within the time required by the Court.

      **IT IS SO ORDERED.**

Dated: October 14, 2005

                                              MAXINE M. CHESNEY
                                              United States District Judge

---

     [1] As set forth in the Court's order of September 16, 2005, Hoo may, but is not required to, additionally file any other document previously filed in the bankruptcy court that bears on the issue presented in the parties' stipulation to withdraw the reference.