E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

SUZANNE H. HOO,

    Debtor

No. 05-3528 MMC

Bankruptcy No. 04-32341 DM13

**ORDER DIRECTING DEBTOR AND DEBTOR'S COUNSEL TO PERSONALLY APPEAR FOR CONTEMPT HEARING**

    By order filed September 16, 2005, the Court directed debtor Suzanne H. Hoo ("Hoo"), through counsel, to file in the district court no later than September 23, 2005 her objection to the claim of the Internal Revenue Service ("IRS"). Hoo did not comply. By order filed October 14, 2005, the Court directed Hoo, through counsel, to show cause in writing no later than October 28, 2005 why she and her counsel should not be sanctioned for failure to comply with the Court's order of September 16, 2005. To date, Hoo has not responded, in any fashion, to the order to show cause, and, consequently, has failed to show cause why she and her counsel should not be sanctioned.

    Accordingly, the Court hereby orders Hoo and her counsel to personally appear on November 16, 2005, at 2:30 p.m., Courtroom 7, 450 Golden Gate Avenue, San Francisco, CA 94102, to explain why monetary and/or other sanctions should not be imposed, including striking Hoo's objection to the claim.

    **IT IS SO ORDERED.**

Dated: November 3, 2005

MAXINE M. CHESNEY
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In re: SUZANNE H. HOO,

_____/

Case Number: CV05-03528 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 3, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Suzanne Hoo
366 Bluefish Court
Foster City, CA 94404

Dated: November 3, 2005

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk