| | |
|---|---|
| 1 | KEVIN V. RYAN<br>United States Attorney |
| 2 | |
| 3 | JAY R. WEILL (CSBN 75434)<br>Chief, Tax Division |
| 4 | EMILY J. KINGSTON (CSBN 184752)<br>Assistant United States Attorney |
| 5 | 10th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102<br>Telephone: (415) 436-7000 |
| 7 | |
| 8 | Attorneys for the United States of America<br>and the Internal Revenue Service |

E-filing

**FILED**

DEC 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

SUZANNE H. HOO,

Debtor.

Case No. ~~04-32341-DM13~~ 05-3528 MMC

~~[Proposed]~~ ORDER GRANTING STIPULATED REQUEST FOR WITHDRAWAL OF REFERENCE

THIS MATTER CAME ON BEFORE THE COURT on the parties' Stipulated Request for Withdrawal of Reference pursuant to 28 U.S.C. § 157(d). The Court having read and considered the Stipulated Request, and for good cause shown,

**IT IS HEREBY ORDERED** that the reference of jurisdiction to the United States Bankruptcy Court over the debtor's objection to claim of the Internal Revenue Service shall be withdrawn pursuant to 28 U.S.C. § 157(d).

Dated: _____

_____
United States District Court

*[Proposed] Order Granting*
*Stipulated Request to Withdraw Reference*
*Case No. 04-32341 DM 13*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In re:

Suzanne H. Hoo,

Debtor

_____/

Case Number: CV05-03528 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Office of the U.S. Trustee/SF
Office of the U.S. Trustee / SF
235 Pine Street, Suite 700
San Francisco, CA 94104

USBC Manager-San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Dennis Montali
US Bankruptcy Court, San Francisco
San Francisco, CA 94120-7341

Dated: December 5, 2005

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk