KEVIN V. RYAN (CSBN 118321)
United States Attorney

JAY R. WEILL (CSBN 75434)
Chief, Tax Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California  94102
 Telephone: (415) 436-7000

Attorneys for the United States of America
and the Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | No. 3:05-cv-03528-MMC |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION FOR DISMISSAL AND FOR ENTRY OF JUDGMENT AND ORDER** |
| SUZANNE HOO and GORDON MORROW, | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

It is hereby further stipulated and agreed that judgment may be entered in favor of the United States, and against the Defendant, Suzanne Hoo, for the unpaid assessed balance of the trust fund recovery penalty assessments with respect to the unpaid trust fund taxes of New Ong Sang Poultry Company for the quarters ended June 30, 1998, September 30, 1998, March 31, 1999, June 30, 1999, September 30, 1999, and September 30, 2002, and the unpaid trust fund taxes of NOS Investments for the quarters ended March 31, 1999, June 30, 1999, September 30,

1999, September 30, 2002, and March 31, 2003, in the total amount of $78,853.55, as of January 5, 2006, plus interest accruing thereafter pursuant to 26 U.S.C. Sections 6601, 6621, and 6622, and 28 U.S.C. Section 1961 (c) until paid.

DATED:   December 1, 2006                         /s/ Cynthia Stier
                                                  CYNTHIA STIER
                                                  Counsel for United States

DATED:   December 1, 2006                         /s Robert Kawamoto
                                                  ROBERT T. KAWAMOTO
                                                  Counsel for Suzanne Hoo

## ORDER

IT IS SO ORDERED, this 6th day of December, 2006.

MAXINE M. CHESNEY
United States District Judge

*Stipulation for Dismissal and*
*Entry of Judgment and [proposed] order*
3:05-cv-03528-MMC

2